IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>VIJAY and JAMES J. PRASAD,<br><br>    Defendants / | No. C-05-0670 MMC<br><br>**ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM; DIRECTING COUNSEL FOR DEFENDANTS TO REGISTER AS ECF USER; SETTING CASE MANAGEMENT CONFERENCE** |

    In light of the requirements of the E-Government Act of 2002, and all parties in the above-titled action now being represented by counsel, IT IS HEREBY ORDERED that the case, is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.[1]

    A review of the docket indicates that counsel for defendants is not registered as an Electronic Case Filing ("ECF") User. Defendants are hereby advised that section IV (A) of General Order No. 45 provides: "Each attorney of record is obligated to become an ECF

---

[1] The parties are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

1 User and be assigned a user ID and password for access to the system upon designation
2 of the action as being subject to ECF." Accordingly, if counsel for defendants has not
3 already done so, counsel shall register forthwith as an ECF User and obtain an ECF User
4 ID and password.  Forms and instructions concerning registration can be found on the
5 district court's web site at ecf.cand.uscourts.gov.  Defendants are further advised that in
6 cases assigned to the ECF Program, such as the instant action, the Clerk of the Court does
7 not serve the parties by mail; all service is electronic.

8      Finally, the parties are hereby ORDERED to appear for a case management
9 conference, to be conducted on December 16, 2005, at 10:30 a.m.  A joint case
10 management statement shall be filed no later than December 9, 2005.  In said joint
11 statement, the parties shall, <u>inter</u> <u>alia</u>, include proposed discovery and motion deadlines
12 and address whether the trial date of July 10, 2006 should remain as scheduled.  (<u>See</u>
13 Order, filed July 14, 2005, at 2:1-4.)

14      **IT IS SO ORDERED.**

15

16 Dated:  November 17, 2005

                                            MAXINE M. CHESNEY
17                                             United States District Judge