1  DLA PIPER RUDNICK GRAY CARY US LLP
   ROY K. MCDONALD (SBN # 193691)
2  SUHANI KAMDAR (SBN # 218141)
   SARA K. ANDREWS (SBN # 236519)
3  153 Townsend Street, Suite 800
4  San Francisco, CA  94107
   Telephone: (415) 836-2500
5  Facsimile: (415) 836-2501

6  Attorneys for Plaintiff
7  JACQUELINE JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JACQUELINE JOHNSON, | Case No. CV-05-0670-MMC |
|---|---|
| Plaintiff | [PROPOSED] ORDER GRANTING DLA PIPER RUDNICK GRAY CARY US LLP'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF JACQUELINE JOHNSON |
| v. | |
| VIJAY and JAMES J. PRASAD, | |
| Defendants. | |

1.

1  DLA Piper Rudnick Gray Cary US LLP's *ex parte* application for an order shortening time for
2  notice of motion to withdraw as counsel of record for Plaintiff Jacqueline Johnson having come before
3  this Court, the Court having considered the papers presented thereon, and good cause appearing,
4  IT IS HEREBY ORDERED:
5  DLA Piper Rudnick Gray Cary US LLP's *ex parte* application for an order shortening time for
6  notice of motion to withdraw as counsel of record is GRANTED.
7  The motion to withdraw as counsel of record shall be heard in the above-entitled Court at
8  9:00 a.m. on March ~~10~~ 17, 2006. Any party wishing to oppose the motion to withdraw shall serve and file
9  opposition papers on or before ~~6 p.m. March 7~~ 4 p.m., March 10, 2006.
   DLA Piper Rudnick Gray Cary US LLP is ordered to serve plaintiff, no later than March 3,
10 2006 by U.S. Express Mail, with a copy of the motion to withdraw and the instant order, and to file,
   no later than March 6, 2006, proof of such service.
11 ~~IT IS SO ORDERED.~~

Dated: March 2, 2006

_____
Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

2.