```
 1  DLA PIPER RUDNICK GRAY CARY US LLP
    ROY K. MCDONALD (SBN # 193691)
 2  SUHANI KAMDAR (SBN #218141)
    SARA ANDREWS (SBN #236518)
 3  153 Townsend Street, Suite 800
    San Francisco, CA 94107-1957
 4  Telephone: (415) 836-2500
    Facsimile: (415) 836-2501
 5
    Attorneys for Plaintiff
 6  Jacqueline Johnson
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JACQUELINE JOHNSON, | Case No. C-05-0670 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION DEADLINE** ; ORDER |
| vs. | Action Filed: December 20, 2004<br>Judge:  Maxine M. Chesney |
| VIJAY and JAMES PRASAD, | |
| Defendants. | |

Stipulation to Extend Mediation Deadline
C-05-0670 MMC
SF\3124537.1
125-4894

1

1   WHEREAS the Court on July 8, 2005 referred this case to mediation under the U.S.
2   Alternative Dispute Resolution ("ADR") Program;
3   WHEREAS the ADR Clerk's Notice Appointing Michael W. Bien as Mediator was
4   filed on December 13, 2005;
5   WHEREAS Plaintiff JACQUELINE JOHNSON and Defendants JAMES AND
6   VIJAY PRASAD have been unable to schedule a mutually agreeable date for mediation prior to the
7   expiration of the ADR-mandated mediation deadline of March 13, 2006;
8   WHEREAS the mediator appointed by the Court, Michael W. Bien, has agreed to
9   provide his mediation services to the parties for up to 90 days beyond the current mediation
10  deadline, NOW THEREFORE:
11  Pursuant to ADR Local Rule 6-5 and Civil Local Rules 7-1(a)(5) and 7-12, Plaintiff
12  JACQUELINE JOHNSON, on the one hand, and Defendants JAMES AND VIJAY PRASAD, on
13  the other hand, through their respective attorneys of record, hereby STIPULATE AND AGREE as
14  follows:
15  Subject to the approval of the Court, the deadline for mediation as set forth under the
16  ADR rules may be extended by 90 days from the current date of March 13, 2006 to June 11, 2006.
17  IT IS SO STIPULATED.

Dated: March 3, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By: /s/ Suhani Kamdar
Roy K. McDonald
Suhani Kamdar
Sara K. Andrews
Attorneys for Plaintiff
JACQUELINE JOHNSON

2

Stipulation to Extend Mediation Deadline
C-05-0670 MMC
SF\3124537.1
125-4894

Dated: March 7, 2006

THAYER HARVEY GREGERSON HEDBERG & JACKSON

By _____
Kenneth R. Hedberg
Attorneys for Defendants
JAMES AND VIJAY PRASAD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2006

_____
Maxine M. Chesney
UNITED STATES DISTRICT COURT

153 Townsend Street, Suite 800
San Francisco, California 94107-1957

PIPER RUDNICK
GRAY CARY

Stipulation to Extend Mediation Deadline
C-05-0670 MMC
SF\3124537.1
125-4894

3