United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  JACQUELINE JOHNSON,                         No. C-05-0670 MMC

12          Plaintiff,                          **ORDER GRANTING PLAINTIFF'S
                                                COUNSEL'S MOTION TO WITHDRAW;**
13      v.                                      **DIRECTIONS TO CLERK; TERMINATING
                                                APPLICATION OF ELECTRONIC CASE**
14  VIJAY and JAMES J. PRASAD,                  **FILING PROGRAM**

15          Defendants

16  _____/

17          Before the Court is DLA Piper Rudnick Gray Cary US LLP's motion to withdraw as

18  counsel of record for plaintiff Jacqueline Johnson ("Johnson").  Johnson has not filed

19  opposition or otherwise responded to the motion.  Having considered the papers submitted

20  in support of the motion, the Court deems the matter appropriate for decision on the

21  papers, VACATES the hearing scheduled for March 17, 2006, and rules as follows:

22          1.  The motion to withdraw is hereby GRANTED.

23          2.  The Clerk is DIRECTED to serve this order and all further orders upon Johnson

24  by mail at the following address:[1]

25                  Jacqueline Johnson
                    P.O. Box 371
26                  Alameda CA  94501

27  _____

28      [1]Should Johnson's address change, Johnson must promptly file with the Clerk of the
    Court and serve on defendants a Notice of Change of Address specifying the new address.
    See Civil L.R. 3-11(a).

3.  Because Johnson is no longer represented by counsel, the Court hereby TERMINATES application of the Electronic Case Filing program to the action.  All further documents filed in the action by either party shall be filed with the Clerk of the Court on paper and served on the opposing party either by mail or by personal service.

4.  The dates and deadlines set forth in the Amended Pretrial Preparation Order, filed December 19, 2005, remain as scheduled.  Johnson, now proceeding without counsel, is responsible for prosecuting her claims and complying with all court orders and deadlines.

**IT IS SO ORDERED.**

Dated: March 13, 2006

_____
MAXINE M. CHESNEY
United States District Judge

2