IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>VIJAY and JAMES J. PRASAD,<br><br>    Defendants<br>_____/ | No. C-05-0670 MMC<br><br>**ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |

    The mediator having advised the Court that in light of certain scheduling concerns it will be difficult for him to complete the mediation within the time provided in the Court's order of March 13, 2006, the deadline by which to complete mediation is hereby EXTENDED to September 12, 2006.

    **IT IS SO ORDERED.**

Dated: May 18, 2006

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge