UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON, | Case No. C05-0670 MMC (JCS) |
| Plaintiff(s), | **ORDER SETTING HEARING ON DEFENDANTS MOTION TO RE-OPEN NON-EXPERT DISCOVERY; FOR AN ORDER ALLOWING DEFENDANTS TO TAKE PLAINTIFF'S DEPOSITION AFTER DISCOVERY CUT-OFF DATE; FOR AN ORDER COMPELLING PLAINTIFF TO APPEAR AND TESTIFY AT DEPOSITION; FOR SANCTIONS** |
| v. | |
| VIJAY AND JAMES J. PRASAD, | |
| Defendant(s). | |

On August 24, 2006, Defendants filed a Motion to Re-open Non-expert Discovery; for an Order Allowing Defendants to Take Plaintiff's Deposition after Discovery Cut-off Date; for an Order Compelling Plaintiff to Appear and Testify at Deposition; for Sanctions (the "Motion").

IT IS HEREBY ORDERED THAT the hearing on the Motion is set for **Friday, September 8, 2006, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, 450 Golden Gate Ave., Courtroom A, 15th Floor, San Francisco, CA.

IT IS HEREBY FURTHER ORDERED that the Plaintiff shall appear, **in person,** at the hearing and shall provide the Court with a working telephone number.

IT IS SO ORDERED.

Dated: August 29, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge