```
William E. Shapiro (SBN 222615)
LAW OFFICES OF WILLIAM E. SHAPIRO
244 California Street, Suite 300
San Francisco, CA 94111
Tel: (415) 678-9209
Fax: (415) 358-8515

Attorney for Plaintiff
JACQUELINE JOHNSON
```

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> VIJAY AND JAMES J. PRASAD, <br><br> Defendant | Case No.: C-05-0670 MMC <br><br> NOTICE OF SUBSTITUTION OF COUNSEL; ORDER THEREON |

TO COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to the Court's orders filed on July 14, 2005, and March 15, 2006, and by referral through the Volunteer Legal Services Program of the Bar Association of San Francisco and its federal pro bono project, Plaintiff Jacqueline Johnson hereby substitutes:

```
LAW OFFICES OF WILLIAM E. SHAPIRO
William E. Shapiro
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 678-9209
Facsimile: (415) 358-8515
```

//

//

NOTICE OF SUBSTITUTION OF COUNSEL - 1

1  As her attorneys of record in place and stead of proceeding in pro per in this matter.

2  I consent to this substitution.

3  Dated: 1 September 2006

                                                                Jacqueline Johnson, Plaintiff

6  I accept this substitution

7                                      LAW OFFICES OF WILLIAM E. SHAPIRO

8  Dated: 9/1/06

                                                       William E. Shapiro

NOTICE OF SUBSTITUTION OF COUNSEL - 2

## ORDER

The substitution of counsel is approved and IT IS SO ORDERED.

Dated: September _5_, 2006

*/s/ Maxine M. Chesney*

Hon. Maxine M. Chesney

UNITED STATES DISTRICT COURT