IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON,<br><br>    Plaintiff<br>  v.<br><br>VIJAY AND JAMES J. PRASAD,<br><br>    Defendants | No. 05-0670 MMC<br><br>**ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM** |

    In light of the requirements of the E-Government Act of 2002, and all parties in the above-titled action now being represented by counsel, IT IS HEREBY ORDERED that the case, is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.

    Counsel are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

    **IT IS SO ORDERED.**

Dated: September 5, 2006

                                               Maxine M. Chesney
                                               United States District Judge