1 Kenneth R. Hedberg, SBN 209310
Colleen F. Van Egmond, SBN 24220
2 THAYER HARVEY GREGERSON
HEDBERG & JACKSON
3 1100 Fourteenth Street, Suite F
Post Office Box 3465
4 Modesto, California 95354
Telephone: (209) 523-3300
5 Facsimile: (209) 523-3399

6 Attorneys for Defendants,
VIJAY PRASAD and JAMES J. PRASAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON, | Case No: CV-05-0670-BZ |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO RE-OPEN NON-EXPERT DISCOVERY, FOR AN ORDER ALLOWING DEFENDANTS TO TAKE PLAINTIFF'S DEPOSITION AFTER DISCOVERY CUT-OFF DATE, FOR AN ORDER COMPELLING PLAINTIFF TO APPEAR AND TESTIFY AT DEPOSITION AND FOR SANCTIONS |
| vs. | |
| VIJAY & JAMES J. PRASAD, | |
| Defendants. | |

Plaintiff, JACQUELINE JOHNSON, and defendants, VIJAY PRASAD and JAMES J. PRASAD, by and through their respective counsel, stipulate and agree to continue defendant's motion to re-open non-expert discovery, for an order allowing defendants to take plaintiff's deposition after discovery cut-off date, for an order compelling plaintiff to appear and testify at deposition and for sanctions as follows:

Continued Hearing Date: October 20, 2006, at 9:30 a.m.

Plaintiff's Opposition to Defendants' Motion Due: September 29, 2006.

///
///
///
///
///

-1-

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION

1 Defendants' Reply to Opposition Due: October 6, 2006.

2 Dated: October 3, 2006

LAW OFFICES OF WILLIAM E. SHAPIRO,

3

4 By_____
William E. Shapiro, Esq.
Attorneys for Plaintiff, Jacqueline Johnson

5

6 Dated: October 4, 2006

THAYER, HARVEY, GREGERSON,
HEDBERG & JACKSON

7

8 By_____
Colleen F. Van Egmond, Esq.
Attorneys for Defendants

9

10

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-2-

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION

# ORDER

PURSUANT TO STIPULATION IT IS ORDERED that the defendant's motion to re-open non-expert discovery, for an order allowing defendants to take plaintiff's deposition after discovery cut-off date, for an order compelling plaintiff to appear and testify at deposition and for sanctions be continued to October 20, 2006.

IT IS FURTHER ORDERED that plaintiff's Opposition to defendants' Motion is due on September 29, 2006, and that defendants' Reply to plaintiff's Opposition is due on October 6, 2006.

Date: October 5, 2006

_Judge Joseph C. Spero_
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION