**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE  JOHNSON,

           Plaintiff(s),

       v.

VIJAY PRASAD,  ET AL.,

           Defendant(s).

_____/

Case No.  C05-0670 MMC ( JCS)

**ORDER GRANTING IN PART, DENYING IN PART DEFENDANTS' MOTION TO RE-OPEN NON-EXPERT DISCOVERY; FOR AN ORDER ALLOWING DEFENDANTS' TO TAKE PLAINTIFF'S DEPOSITION AFTER DISCOVERY CUT-OFF DATE AND FOR SANCTIONS [Docket No. 56]**

On August 24, 2006, Defendants' filed a Motion to Re-Open Non-Expert Discovery; For An Order Allowing Defendants' to Take Plaintiff's Deposition After Discovery Cutoff Date; For An Order Compelling Plaintiff to Appear and Testify at Deposition & For Sanctions (the "Motion").

The Motion came on for hearing on October 20, 2006.  William Edward Shapiro, counsel for Plaintiff, appeared.  Kenneth R. Hedberg, counsel for Defendants, appeared.

IT IS HEREBY ORDERED that the Motion is GRANTED to the extent that Plaintiff Jacqueline Johnson is ordered to appear for the completion of her deposition on October 25 and October 26, 2006.  The remainder of the Motion is DENIED.

IT IS SO ORDERED.

Dated:  October 24, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge